UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

THOMAS OSTROWSKI,
Plaintiff,

v.

LAKE COUNTY BOARD OF COMMISSIONERS; LAKE COUNTY E-911 COMMISSION; BRIAN HITCHCOCK, DIRECTOR, LAKE COUNTY E-911; JACK ALLENDORF, DEPUTY DIRECTOR, LAKE COUNTY E-911; LAKE COUNTY COUNCIL;
Defendants.

CAUSE NO. 2:16-CV-166

**STIPULATION OF DISMISSAL**

COME NOW all parties of record, by their respective counsel, and show unto the Court that the claims of the Plaintiff, THOMAS OSTROWSKI, have been amicably resolved. The parties now move this Court to dismiss Plaintiff's cause of action in its entirety.

THOMAS OSTROWSKI
4010 Rollingwood Court
Crown Point, IN 46307
Email: Thomasostrowski8081@comcast.net
Plaintiff

Nicholas A. Snow, #25391-64
HARRIS LAW FIRM, P.C.
11410 Broadway
Crown Point, IN 46307
Email: nick@harrislawfirmpc.net
Attorney for Defendants

/s/ GERALD M. BISHOP
Gerald M. Bishop, #2753-45
GERALD M. BISHOP & ASSOCIATES
2115 West Lincoln Hwy.
Merrillville, IN 46410
Email: gmb@bishopw-law.com
Attorney for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[illegible]

[illegible] COUNTY BOARD OF
COMMISSIONERS [illegible] COUNTY
[illegible] COMMISSIONER [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]

STIPULATION OF DISMISSAL

[illegible]

[illegible]

[illegible]
[illegible]
[illegible]
[illegible]
[illegible]

Nicholas [illegible] Snow [illegible]
[illegible] LAW FIRM [illegible]
[illegible]
[illegible]
[illegible]
[illegible]

[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]