UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| THOMAS OSTROWSKI,    Plaintiff, | ) ) ) | |
| v. | ) ) | CAUSE NO. 2:16-CV-166-JEM |
| LAKE COUNTY BOARD OF COMMISSIONERS, *et al*.,    Defendants. | ) ) ) | |

## ORDER

This matter is before the Court on a Stipulation of Dismissal [DE 119], filed by the parties on February 13, 2017. Plaintiffs may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff has done so in this case, and the Court accordingly **ACKNOWLEDGES** that all claims are **DISMISSED with prejudice**.

SO ORDERED this 14th day of February, 2017.

 s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record
        Plaintiff, *pro se*